AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
| :---: | :--- | :--- |
| v. | ) | Case: 1:23-mj-00088 |
| | ) | Assigned To : Harvey, G. Michael |
| Daniel Ball | ) | Assign. Date : 4/27/2023 |
| DOB: XXXXXX | ) | Description: Complaint W/ Arrest Warrant |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ in the District of _____ Columbia _____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| :--- | :--- |
| 18 U.S.C. § 111 (a) (1) and (b)- | Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapopn |
| 18 U.S.C. § 844 (h)- | Using fire or explosive to commit any felony |
| 18 U.S.C. § 231 (a)(3) - | Civil Disorder. |
| 18 U.S.C. § 2- | Aiding and Abetting |
| 18 U.S.C. § 1752(a)(1) - | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 18 U.S.C. § 1752(a)(2) - | Disorderly or disruptive conduct in, a restricted building or grounds, |
| 18 U.S.C. § 1752(a)(4)- | Engaging in physical violence in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(b)(1)(A) | Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, |
| 40 U.S.C. § 5104(e)(2)(D) - | Disorderly conduct in a Capitol Building, |
| 40 U.S.C. § 5104(e)(2)(F)- | Acts of physical violence in the Capitol Grounds or Buildings. |
| 40 U.S.C. § 5104(e)(2)(G)- | Parade, demonstrate or Picket in ant of the Capitol Grounds. |
| 18 U.S.C. § 641- | Stealing any thing of value of the United States |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Barry Michael Kays , Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____ 04/27/2023 _____

_____
*Judge's signature*

City and state: _____ Washington, D.C. _____      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*