AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Daniel Ball

Defendant

)
)
) Case: 1:23-mj-00088
) Assigned To : Harvey, G. Michael
) Assign. Date : 4/27/2023
) Description: Complaint W/ Arrest Warrant
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Daniel Ball _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111 (a) (1) and (b)- Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon
18 U.S.C. § 844 (h)- Using fire or explosive to commit any felony
18 U.S.C. § 231 (a)(3) - Civil Disorder.
18 U.S.C. § 2- Aiding and Abetting
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly or disruptive conduct in, a restricted building or grounds,
18 U.S.C. § 1752(a)(4)- Engaging in physical violence in a Restricted Building or Grounds,
18 U.S.C. § 1752(b)(1)(A)Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
40 U.S.C. § 5104(e)(2)(D) - Disorderly conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(F)- Acts of physical violence in the Capitol Grounds or Buildings.
40 U.S.C. § 5104(e)(2)(G)- Parade, demonstrate or Picket in act of the Capitol Grounds.
18 U.S.C. § 641- Stealing any thing of value of the United States

Date: ___04/27/2023___

Digitally signed by G. Michael Harvey
Date: 2023.04.27 11:03:20 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4/27/23 , and the person was arrested on *(date)* 5/2/23
at *(city and state)* Inverness, FL

Date: 5/2/23

Barry Kays
*Arresting officer's signature*

Barry Kays TFO
*Printed name and title*